Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Judith T. Sethna (SBN 232731)
Email: jsethna@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:     +1 213 457 8000
Facsimile:     +1 213 457 8080

Attorneys for Defendant
Dr. Leonard's Healthcare Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY FELTON,<br><br>             Plaintiff,<br><br>     vs.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; WebBank; Travis Federal Credit Union; Twin County Credit Union; Unitus Community Credit Union; Capital One, National Association; Dr. Leonard's Healthcare Corporation and DOES 1 through 100 inclusive,<br><br>             Defendants. | No.: 5:15-cv-04274-EJD<br><br>(~~PROPOSED~~) ORDER RE DISMISSAL OF DEFENDANT DR. LEONARD'S HEALTHCARE CORPORATION<br><br>Compl. Filed:          June 15, 2015<br><br>Honorable Edward J. Davila |

Pursuant to the parties' Stipulation for Dismissal with Prejudice, this case is hereby dismissed with prejudice as to Defendant Dr. Leonard's Healthcare Corporation with each party to bear its own attorneys' fees and costs.

Date: 11/20/2015                              _____

                                                                  Honorable Edward J. Davila

(PROPOSED) ORDER RE  DISMISSAL OF DEFENDANT DR. LEONARD'S HEALTHCARE CORPORATION

– 1 –

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware