UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOROTHY FELTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS FEDERAL CREDIT UNION,<br><br>　　　　　Defendant. | Case No.  5:15-cv-04274-EJD<br><br>**ORDER RE: ALTERNATIVE DISPUTE RESOLUTION** |

In light of the dismissal of all other defendants, Plaintiff and Defendant Travis Federal Credit Union shall, within ten days of the date this order is filed, meet and confer in an effort to reach an agreement on some form of alternative dispute resolution, and within that same timeframe file either a stipulation embodying their agreement or the form entitled "Notice of Need for ADR Phone Conference."

**IT IS SO ORDERED.**

Dated:  May 12, 2016

　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge