UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOROTHY FELTON,<br><br>   Plaintiff,<br><br>   v.<br><br>TRAVIS FEDERAL CREDIT UNION,<br><br>   Defendant. | Case No.  5:15-cv-04274-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On May 24, 2016, the court issued an order requiring Plaintiff and Defendant Travis Federal Credit Union to show cause why sanctions should not be imposed after they failed to timely file one of the forms addressing ADR. Dkt. No. 62.  In light of the response and stipulation filed on May 27, 2016 (Dkt. Nos. 63, 64), the Order to Show Cause is DISCHARGED and the hearing scheduled for June 2, 2016, is VACATED.

The court schedules this case for a Further Case Management Conference at **10:00 a.m. on August 18, 2016.**  The parties shall file an updated Joint Case Management Conference Statement on or before **August 11, 2016.**

**IT IS SO ORDERED.**

Dated:  May 27, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-04274-EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE